UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NGHI GIANG, et al.,

        Plaintiffs,

  v.

LUAN TRUONG, et al.,

        Defendants.

Case No. 5:15-cv-03061-BLF

**CASE MANAGEMENT ORDER**

On 11/05/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Class Certification Hearing | 08/18/2016 at 9:00 am |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 03/30/2017 at 9:00 am |
| Final Pretrial Conference | 07/13/2017 at 1:30 pm |
| Trial | 07/31/2017 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the Parties are to meet, confer, and file a stipulated
6 proposed schedule regarding dates and deadlines to trial.

Dated:  11/05/2015

_____
BETH LABSON FREEMAN
United States District Judge