James Dal Bon (Sbn# 157942)
Law Offices Of James Dal Bon
606 North 1st Street
San Jose Ca 95112
(408)466-5845
jdb@Wagedefenders.Com

Attorney For Plaintiffs

Todd Kenneth Boyer
Littler Mendelson. P.C.
Silicon Valley Office
50 West San Fernando Street
15th Floor
San Jose, Ca 95113-2431
408-998-4150

Email: tboyer@Littler.Com

**APPROVED**
Judge Beth Labson Freeman

UNITED STATRES DISTRICT COURT
NORTHERN CALIFORNIA

| | |
|---|---|
| Nghi Giang, Tuyen Huynh, Minh Thu Vuong, UyenT.Khuong, Myan Phamon | Case No. 5:15-cv-03061 |
| Plaintiff and Putative Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Luan Truong dba Nail Spa by Tammy, Inc., Nail Spa By Tammy, Inc., and Does One through One Hundred | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

PlaintiffS Nghi Giang, Tuyen Huynh, Minh Thu Vuong, UyenT.Khuong, Myan Phamon s ("Plaintiffs") and Luan Truong dba Nail Spa by Tammy, Inc., Nail Spa By Tammy, Inc., and

-1-

NOTICE OF SETTLEMENT AND STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

Does One through One Hundred, (collectively "Defendants"), by and through their respective attorneys of record, hereby notify the Court that the above-captioned matter was resolved through informal settlement negotiations.

///

### STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

WHEREAS, the parties have fully executed a Confidential Settlement Agreement and Release of Claims;

WHEREAS, the Defendants have agreed to pay the entire amount of settlement as of June 30 2016;

WHEREAS, no class was ever certified in this matter; therefore Rule 23 does not apply;

WHEREAS, all that remains to be done in this case is the entry of an Order dismissing with prejudice the entire action;

THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

1. The Court should enter an Order dismissing with prejudice the entire action as to all parties.

Dated: January 12, 2016

Littler Mendelson. P.C.

By_____
Todd Kenneth Boyer
Littler Mendelson. P.C.
Silicon Valley Office
50 West San Fernando Street
15th Floor
San Jose, Ca 95113-2431  408-998-4150
Fax: 408-288-5686
Email: tboyer@littler.com

Dated: January 7, 2016

James Dal Bon

By/_____
JAMES DAL BON
ATTORNEY FOR PLAINTIFFS

# UNITED STATRES DISTRICT COURT
# NORTHERN CALIFORNIA

| | |
|---|---|
| Nghi Giang, Tuyen Huynh, Minh Thu Vuong, UyenT.Khuong, Myan Phamon<br><br>Plaintiff and Putative Plaintiffs,<br><br>vs.<br><br>Luan Truong dba Nail Spa by Tammy, Inc., Nail Spa By Tammy, Inc., and Does One through One Hundred<br><br>Defendants. | Case No.<br>5:15-cv-03061<br><br>ORDER |

1. The Court hereby issues an order dismissing with prejudice the entire action as to all parties.

IT IS SO ORDERED.

Dated: ͆͆͆͆͆͆͆͆͆͆͆͆

_/s/ Beth Labson Freeman_

Hon. Beth Labson Freeman

NOTICE OF SETTLEMENT AND STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE